## UNITED STATES DISTRICT COURT
### FOR THE District of New Jersey [LIVE]
### Trenton, NJ

INTELLECTUAL VENTURES I LLC,
et al.

                          Plaintiff,

v.                                          Case No.:
                                              3:24–cv–09298–MAS–JBD

                                              Judge Michael A. Shipp

VOLVO CAR CORPORATION, et al.

                          Defendant.

**Dear JONATHAN K. WALDROP:**

    Please be advised, our records show that you are not a member of the Federal Bar of New Jersey. Therefore, you are responsible for having a member of the Bar of this Court file an appearance in accordance with Local Civil Rule 101.1 on behalf of your client.

                                              Very truly yours,

                                              CLERK OF COURT
                                              By Deputy Clerk, amv