# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | C.A. No. 3:24-cv-9298(MAS)(JBD) |
| Plaintiffs, | **STIPULATION OF DISMISSAL** |
| v. | |
| VOLVO CAR CORPORATION, VOLVO CARS OF NORTH AMERICA, LLC, and VOLVO CAR USA LLC, | ***DOCUMENT ELECTRONICALLY FILED*** |
| Defendants. | |

WHEREAS, Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively, "Plaintiffs") and Defendants Volvo Car Corporation, Volvo Cars of North America, LLC and Volvo Car USA LLC (collectively, "Defendants"), have resolved Plaintiffs' claims for relief against Defendant and Defendant's counterclaims for relief against Plaintiffs asserted in this case, including relating to United States Patent No. 6,832,283, United States Patent No. 7,891,004, United States Patent No. 9,232,158, United States Patent No. 10,292,138, United States Patent No. 8,953,641, United States Patent No. 7,684,318, United States Patent No. 9,602,608, and United States Patent No. 7,484,008.

NOW, THEREFORE, Plaintiffs and Defendants, through their attorneys of record, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree as follows:

1. All claims presented by Plaintiff in its Complaint in this action are hereby dismissed without prejudice.

2. All Counterclaims pled by Defendants in this action are hereby dismissed without prejudice.

3. Plaintiffs and Defendants shall each bear their own respective attorneys' fees, costs and expenses.

Dated:  December 31, 2024

By: *s/ Andrew J. Lichtman*
    Andrew J. Lichtman
    **JENNER & BLOCK LLP**
    1155 Avenue of the Americas
    New York, New York 10036-2711
    Telephone:  (212) 891-1600
    alichtman@jenner.com

    Reginald J. Hill *(pro hac vice)*
    Benjamin J. Bradford (pro hac vice)
    Mitchell L. Denti *(pro hac vice)*
    **JENNER & BLOCK LLP**
    353 N. Clark Street
    Chicago, IL 60654-3456
    Telephone:  (312) 222-9350
    rhill@jenner.com
    bbradford@jenner.com
    mdenti@jenner.com

    *Attorneys for Defendants Volvo Car Corporation, Volvo Cars of North America, LLC, and Volvo Car USA LLC*

Respectfully submitted,

By: *s/ Eric I. Abraham*
    Eric I. Abraham
    Kristine L. Butler
    William Murtha
    **HILL WALLACK, LLP**
    21 Roszel Road
    Princeton, NJ 08543
    Telephone: (609) 734-6358
    eabraham@hillwallack.com
    kbutler@hillwallack.com
    wmurtha@hillwallack.com

    Jonathan K. Waldrop *(pro hac vice)*
    Darcy L. Jones *(pro hac vice)*
    Marcus A. Barber *(pro hac vice)*
    John W. Downing *(pro hac vice)*
    Heather S. Kim *(pro hac vice)*
    **KASOWITZ BENSON TORRES LLP**
    333 Twin Dolphin Drive, Suite 200
    Redwood Shores, California 94065
    Telephone: (650) 453-5170
    jwaldrop@kasowitz.com
    djones@kasowitz.com
    mbarber@kasowitz.com
    jdowning@kasowitz.com
    hkim@kasowitz.com

    Paul G. Williams *(pro hac vice)*
    **KASOWITZ BENSON TORRES LLP**
    1230 Peachtree Street N.E., Suite 2445
    Atlanta, Georgia 30309
    Telephone: (404) 260-6080
    pwilliams@kasowitz.com

    Howard Bressler
    Jeceaca An *(pro hac vice)*
    **KASOWITZ BENSON TORRES LLP**
    1633 Broadway
    New York, NY 10019
    Telephone:  212-506-1700
    hbressler@kasowitz.com
    jan@kasowitz.com

*Attorneys for Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC*

**IT IS SO ORDERED.**

DATED: \_\_\_\_1/14/25_____

_____
HON. MICHAEL A. SHIPP, U.S.D.J.